# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:12-cr-47-DPM

ANDRE LESHUN LUCKY                                          DEFENDANT

## ORDER

The United States' unopposed motion to dismiss the indictment with prejudice, *Document No. 12*, is granted. Indictment dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 July 2012